# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALBERTO DEL MURO RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE MESA VERDE DETENTION FACILITY,<br><br>Respondent. | Case No. 1:26-cv-06647-KES-SAB-HC<br><br>ORDER REGARDING PETITIONER'S MOTION FOR STATUS UPDATE<br><br>(ECF No. 13)<br><br>ORDER DIRECTING CLERK OF COURT TO MAIL PETITIONER COPY OF RESPONDENT'S RESPONSE |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On October 9, 2026, the Court received the instant motion for status update in which Petitioner states that he has not received Respondent's response to the petition. (ECF No. 13.)

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is DIRECTED to mail a copy of Respondent's response (ECF No. 12) to Petitioner; and
2. Within FOURTEEN (14) days of the date of service of this order, Petitioner MAY FILE a traverse.

IT IS SO ORDERED.

Dated: **October 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge